FAMILY FINANCE CORPORATION, PLAINTIFF, v. MILDRED BUSCH AND LEON BUSCH, OTHERWISE KNOWN AS LOUIS SILK, DEFENDANTS.

Argued January 16, 1945—Decided February 7, 1945.

Before Justices PARKER and COLIE.

For the defendants, *Ira J. Katchen.*

PER CURIAM.

On the facts laid before us in this case we think it indubitable that the defendants are entitled to a change of venue to Monmouth County. To that end a suitable rule may be entered in the clerk's office.